FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 31, 2017

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KENNETH W. PETERS, Personal Representative for the Estate of Allen R. Peters,<br><br>                  Plaintiff,<br><br>      v.<br><br>EASTERN STATE HOSPITAL, a division of Washington State Department of Social and Health Services, a Washington State Agency, DOROTHY SAWYER, and the marital community thereof, AVERLY NELSON, M.D., and the marital community thereof, KAMALJIT FLOURA, M.D., and the marital community thereof, and JOHN and JANE DOES 1-10, and the marital communities thereof,<br><br>                  Defendants. | No. 2:17-CV-0198-SMJ<br><br>**ORDER GRANTING STIPULATED MOTION FOR REMAND TO STATE COURT AND CLOSING CASE** |

      Before the Court, without oral argument, is the parties' Stipulated Motion for Remand to State Court, ECF No. 7. Through this motion the parties jointly seek a court order remanding this case to the Spokane County Superior Court of the State of Washington, for entry of a judgment against the State of Washington

ORDER **-** 1

pursuant to RCW 4.92.150. Having reviewed the pleadings and the file in this matter, the Court is fully informed and grants the motion.

Accordingly, **IT IS HEREBY ORDERED**:

**1.** The parties' Stipulated Motion for Remand to State Court, **ECF No. 7**, is **GRANTED**.

**2.** All parties shall bear their own costs and attorneys' fees.

**3.** All pending motions are **DENIED AS MOOT.**

**4.** All hearings and other deadlines are **STRICKEN.**

**5.** The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 31st day of July 2017.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER **-** 2